# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135785(45)(46)

PEOPLE OF THE TOWNSHIP OF CLAY,
     Plaintiff-Appellee,

v

                                           SC: 135785
                                           COA: 271082

NELSON EDWARD TEMPLETON, SAINT
EDWARDS ORDER, and GLENN PATRICK
TEMPLETON,
          Defendants-Appellants.

                                           St. Clair CC: 04-003061-CZ

_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The motion for reconsideration of this Court's April 28, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk